Easy Care Acupuncture, PC a/a/o Sara Bohorquez, Plaintiff-Respondent, 
against
MVAIC, Defendant-Appellant.




Defendant appeals from so much of an order of the Civil Court of the City of New York, Bronx County (Bianka Perez, J.), entered February 21, 2019, which granted plaintiff's motion to compel discovery.




Per Curiam.
Order (Bianka Perez, J.), entered February 21, 2019, insofar as appealed from, affirmed, with $10 costs. A trial court is vested with broad discretion to supervise the discovery process, and its determinations in that respect will not be disturbed in the absence of demonstrated abuse (see Ulico Cas. Co. v Wilson, Elser, Moskowitz, Edelman & Dicker, 1 AD3d 223, 224 [2003]). Here, the trial court exercised its discretion in a provident manner in compelling defendant-insurer to comply with limited discovery with respect to its defenses, since defendant's responses to the demand for interrogatories and notice for discovery and inspection were deficient. 
Defendant's arguments that the subject demands are overbroad, unduly burdensome and otherwise improper, are improperly raised for the first time on appeal, and we decline to review them (see 324 E. 9th St. Corp. v Acordia Northeast-N.Y., 29 AD3d 367 [2006]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: March 23, 2020